# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John M. Palmer                  CHAPTER 13
       Courtney E. Palmer
           Debtor(s)                BKY. NO. 21-10479 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company and index same on the master mailing list.

                         Respectfully submitted,

                         /s/ **Brian C. Nicholas**
                         Brian Nicholas
                         20 Jun 2023, 09:52:10, EDT

                         Brian C. Nicholas, Esq. (317240) ☑
                         Denise Carlon, Esq. (317226) ☐
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         412-430-3594
                         bkgroup@kmllawgroup.com