## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOHN M. PALMER
    COURTNEY E. PALMER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:21-10479

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 08/28/2021  and confirmed on 11/12/2021 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,716.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,716.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,206.57 | |
|    Trustee Fee | 774.56 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,981.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| MORTGAGE RESEARCH CENTER LLC D/E | 0.00 | 17,254.11 | 0.00 | 17,254.11 |
|    Acct: 6891 | | | | |
| MORTGAGE RESEARCH CENTER LLC D/E | 41,523.78 | 480.76 | 0.00 | 480.76 |
|    Acct: 6891 | | | | |
| | | | | 17,734.87 |
| Priority | | | | |
| MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JOHN M. PALMER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MICHAEL J GRAML ESQ | 4,000.00 | 3,206.57 | 0.00 | 0.00 |
|    Acct: | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6077 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-10479 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Acct: 0857 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6814 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 457.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8589 | | | | |
| DISCOVER STUDENT LOANS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| DISCOVER STUDENT LOANS | 13,905.12 | 0.00 | 0.00 | 0.00 |
| Acct: 0117 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3267 | | | | |
| US DEPARTMENT OF EDUCATION | 5,447.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4921 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 631.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5569 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 627.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4965 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 25,326.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9932 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1516 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2327 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5598 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3545 | | | | |
| ALLIANT CAPITAL MANAGEMENT - HDH | 554.98 | 0.00 | 0.00 | 0.00 |
| Acct: YQ8T | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5596 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                    17,734.87

TOTAL CLAIMED
PRIORITY                       0.00
SECURED                  41,523.78
UNSECURED               46.950.51

Date: 08/02/2023                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com